# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BENJAMIN JOHN BIESE,**

      Petitioner,

  -vs-                                        Case No. 14-C-571

**WILLIAM POLLARD,**

      Respondent.

# ORDER

Pro se Petitioner Benjamin John Biese has filed a notice of voluntary dismissal of this action. (ECF No. 37.) Because Respondent William Pollard has appeared in this action a court order is necessary for the dismissal. *See* Fed. R. Civ. P. 41(a)(2).

Upon due consideration, the voluntary dismissal of this action is **GRANTED**;

Such dismissal renders Pollard's motion to dismiss (ECF No. 29) moot, and that motion is **TERMINATED**; and

The Clerk of Court is **DIRECTED TO ENTER JUDGMENT** accordingly.

Dated at Milwaukee, Wisconsin, this 8th day of May, 2015.

                                                  **SO ORDERED:**

                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**